Case Caption:   **CAROL A CURIONE - v. - WAL-MART STORES EAST, LP et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 12/23/2016 | Fromen, J. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/03/2017 | Fromen, J. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/03/2017 | Fromen, J. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/03/2017 | Fromen, J. |
| 5 | ANSWER<br>Answer | Processed | 03/03/2017 | Will, P. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service | Processed | 03/03/2017 | Will, P. |