# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

CAROL A. CURIONE _____,

                Plaintiff(s),

*MEDIATION CERTIFICATION*

1:17 - cv - 00497

V.

WAL-MART STORES, EAST, LP, et al. _____,

                Defendant(s).

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __10/10/17__.

    ☐ *Case has settled.* (Comment if necessary).

    ☑ *Case has not settled.* Mediation will continue on __a later date after plaintiff's depositions is held__

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* __10/10/17__         *Mediator:* /S/ __Douglas S. Coppola__

*Additional Comments:*
_____
_____