# GODWIN · HURLEY · DONOGHUE LLP

1234 Delaware Avenue, Buffalo, New York 14209
**P** 716-844-8350  **F** 716-235-2500 (not for service)

ROBERT W. GODWIN*
rgodwin@godwinhurleylaw.com
(*also licensed in Massachusetts)

THOMAS P. HURLEY
thurley@godwinhurleylaw.com

PATRICK J. DONOGHUE
pdonoghue@godwinhurleylaw.com

October 13, 2017

<u>via ECF</u>

Hon. Christina Clair Reiss
U.S.D.C. for the Western District of New York
2 Niagara Square
Buffalo, New York  14202-3350

      Re:  Curione v. Wal-Mart Stores East, LP et al
           Case Number: 1:17-cv-00497-CCR

Dear Judge Reiss:

    I am writing to request that the Court schedule a Rule 16(b) conference to put in place the Discovery Plan for the subject action.

                    Respectfully submitted,

                    s/ Patrick J. Donoghue

                    Patrick J. Donoghue, Esq.

kk