UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROL A. CURIONE,

Plaintiff,

v.

WAL-MART STORES EAST, LP, WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART STORES, INC., JOHN DOE I, and JOHN DOE II,

Defendants.

**DISCOVERY PLAN**

Case No. 1:17-cv-00497-CCR

---

Pursuant to the Order of the Hon. Christina Reiss referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16.1(a) and a conference with counsel having been held on Nov. 20, 2017, it is **ORDERED** that:

1. The parties do not consent to Magistrate Judge jurisdiction.

2. Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished by **November 20, 2017.**

3. All motions to join other parties and to amend the pleadings shall be filed on or before **December 15, 2017**.

4. All fact discovery in this case shall conclude on **March 15, 2018.**

5. Plaintiff(s) shall identify any expert witnesses through interrogatories and provide reports pursuant to FED.R.CIV.P.26 by **April 15, 2018.** Defendant(s) shall identify any expert witnesses through interrogatories and provide reports pursuant to FED.R.CIV.P.26 by **June 15, 2018**.

6. All motions to compel fact discovery shall be filed on or before **March 1, 2018.**

7. Orders under Fed. R. Civ. P. Rule 26(c) for protective confidentiality should be entered by **March 15, 2018**.

8. No issues foreseen concerning preservation and/or discovery of electronically stored information.

1

9. No agreements between the parties concerning assertions of claims of attorney-client privilege or work-product protection after information is produced, including agreements reached under Federal Rule of Evidence 502 is expected.

10. Dispositive motions, if any, shall be filed no later than **September 15, 2018**

11. Mediator shall be selected by **August 23, 2017.**

12. Judicially supervised settlement conference, or other alternative dispute resolution, including mediation shall begin by **October 10, 2017.**

13. A jury trial is required and the estimated length of the trial is **5 days.**

_____ 11/20/17
JUDGE

DATED: Buffalo, New York
October 26, 2017

DATED: Buffalo, New York
DATED:
October 26, 2017

DATED: Buffalo, New York
DATED:
October 26, 2017

BENNETT SCHECHTER ARCURI & WILL, LLP

/s/ *Pauline C. Will*

Pauline C. Will, Esq.
*Attorneys for Defendants*
701 Seneca Street, Suite 609
Buffalo, New York 14210

WELCH, DONLON & CZARPLES, PLLC

/s/ *Patrick J. Donoghue*

Patrick J. Donoghue
*Attorneys for Plaintiffs*
1234 Delaware Avenue
Buffalo, New York 14209

F:\PCW\Pleadings\Discovery Plans\CURIONE Proposed Dicovery Plan 10-26-17.doc